Peter J. Palombi, Plaintiff-Appellant, v. Sylvia A. Kamp, et al., Defendants-Appellees.

Gen. No. 67–21. 

Second District.

September 20, 1967.

Miller, Thomas, Hickey and Collins, of Rockford, for appellant; Cannariato, Nicolosi and Pigatti, of Rockford, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.